UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RONALD J. WALTMAN,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC.
and JOHN DOE,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (2012). Venue in this District is proper because Plaintiff resides here and Defendant, CCB CREDIT SERVICES, INC., and or JOHN DOE acting on its behalf, placed telephone calls into this District.

## PARTIES

3. Plaintiff, RONALD J. WALTMAN, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, CCB CREDIT SERVICES, INC., ("CCB") is a corporation and citizen of the State of Illinois with its principal place of business at 5300 South 6th Street, Springfield, Illinois 62703.

5. Defendant, JOHN DOE, is an entity who placed calls to Plaintiff on behalf of Defendant, CCB. Plaintiff is presently unaware of the true name of JOHN DOE, will obtain it through discovery and amend his complaint accordingly.

## FACTUAL ALLEGATIONS

6. On or about August 18, 2014, Defendants left a pre-recorded message on Plaintiff's voice mail on his cellular telephone.

7. On other occasions, Defendants left other messages on Plaintiff's cellular telephone using an automatic telephone dialing system or a pre-recorded or artificial voice.

8. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendants placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, CCB CREDIT SERVICES, INC. and JOHN DOE, for:

a. Damages;

b. a declaration that Defendants calls violate the TCPA;

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> don@donyarbrough.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

3